IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAVID EARL LOUDERMILL                                                                PLAINTIFF

vs.                                            Civil No. 1:24-cv-01049

MARTIN J. O'MALLEY                                                                   DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 14th day of November 2024, in accordance with the Memorandum Opinion entered in the above-styled case on today's date and **GRANTS** the Defendant's Unopposed Motion for Reversal and Remand. ECF No. 11. The decision of the Commissioner of Social Security is reversed, and this matter is remanded to the Commissioner pursuant to sentence four, 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable," i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED AND ADJUDGED**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE